**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL NO.: 4:23-cr-71-MPM-JMV-1** |
| **SHELDRICK DEMOND BROWN** | **DEFENDANT** |

## ORDER DENYING MOTIONS FOR BOND RECONSIDERATION

This matter came before the court on defendant's Motion for Bond Reconsideration, docket number [19], and Supplemental Motion for Bond Reconsideration, docket number [20]. The government opposes the motions. The court having heard and considered the arguments of counsel finds both of the said Motions for Bond Reconsideration are hereby DENIED.

The defendant is detained and shall remain in the custody of the United States Marshals Service pending the trial before United States District Judge Michael P. Mills.

SO ORDERED, this the 20th day of June, 2023.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE