**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL NO.: 4:23-cr-71-MPM-JMV-1** |
| **SHELDRICK DEMOND BROWN** | **DEFENDANT** |

### ORDER GRANTING SECOND MOTION FOR BOND RECONSIDERATION

This matter came before the court on defendant's Second Motion for Bond Reconsideration, docket number [31]. The government opposes the motion. The court having heard and considered the arguments of counsel finds the Second Motion for Bond Reconsideration is hereby GRANTED.

THEREFORE, it is hereby ORDERED, that the defendant is released on a $15,000.00 unsecured bond pending trial and be placed on pretrial supervision with conditions set forth in an Order Setting Conditions of Release, in addition to GPS location monitoring technology.

SO ORDERED, this the 19th day of July, 2023.

    /s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE